# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LIRJON MECO,<br><br>      Plaintiff,<br><br>v.<br><br>GATESTONE & CO. INTERNATIONAL INC.,<br><br>      Defendant. | Case No. 20-CV-326-JPS<br><br><br>**ORDER** |

  On February 28, 2020, Plaintiff filed a complaint in the above-captioned matter alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.* (Docket #1). This matter was reassigned to this Court on June 22, 2020. On October 6, 2020, the parties filed a stipulation of dismissal of this action with prejudice and without costs. (Docket #23). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). At this juncture, the Court also will deny, as moot, Defendant's motion to dismiss (Docket #12), motion to compel arbitration (Docket #16), and motion to stay briefing (Docket #18).

  Accordingly,

  **IT IS ORDERED** that the parties' stipulation of dismissal (Docket #23) be and the same is hereby **ADOPTED**;

  **IT IS FURTHER ORDERED** that Defendant's motion to dismiss (Docket #12), motion to compel arbitration (Docket #16), and motion to stay briefing (Docket #18) be and the same are hereby **DENIED as moot**; and

  **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 22nd day of October, 2020.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge